UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:23 CR 714 RWS/NCC |
| | ) |
| ALAN BILL, | ) |
| | ) |
| a/k/a Vend0r | ) |
| a/k/a KingdomOfficial | ) |
| | ) |
| Defendant. | ) |

**STATUS REPORT**

COMES NOW the United States of America, by and through its attorneys Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Kyle T. Bateman, Assistant United States Attorney for said District, and submits this status report as requested by the Court.

On January 12, 2024, United States Magistrate Judge Rodney Holmes held an Initial Appearance and Arraignment in the instance case. Doc. 21. A Slovak interpreter attended these proceedings via Zoom and translated them to and from English and Slovak. *Id*. During these proceedings, the defendant waived a formal reading of the Indictment and pled not guilty to all ten counts. *Id*. It is the Government's position that these proceedings were completed in accordance with Rules 5 and 10 of the Federal Rules of Criminal Procedure.

On February 20, 2024, during a motion hearing to discuss the Government's complex case motion (Doc. 47) and the defendant's prior counsel's motion to withdraw (Doc. 48), the defendant

1

requested that the Government provide to him a translated version of the Indictment in Slovak. The Government offered to provide a translation of the Indictment using Google Translate, but the defendant declined this offer.

On February 22, 2024, the Court ordered the parties to file a joint memorandum addressing the defendant's concerns regarding his initial appearance, arraignment, and a translated copy of the Indictment. Doc. 54.

It is the Government's position that no federal statute, rule or case law requires the Government to provide a written translation of the Indictment to the defendant. Furthermore, the undersigned was not able to find any prior instance wherein the U.S. Attorney's Office for the Eastern District of Missouri has provided this service for a defendant. Instead, the Government believes that the defendant and his counsel have the responsibility to obtain written translations of court-related documents as he or she may require.[1]

On February 22, 2024, the undersigned communicated this position to the defendant through his counsel, Ms. Sarah Paul. In response, Ms. Paul stated that she believes that the defendant needs to be re-arraigned wherein the Indictment is read aloud to him with the assistance of a Slovak interpreter. Ms. Paul further stated that she believes that the interpreter needs to attend the hearing in person.

On February 26, 2024, Ms. Paul filed a motion to withdraw as attorney for the defendant. Doc. 55. As such, Ms. Paul states that she is no longer authorized to act for the defendant in this matter.

---

[1] The Government notes that the defendant submitted a nine-page pro se filing to this Court in English. Doc. 53. As such, it appears that the defendant has adequate resources to understand Court filings.

2

The Government believes that the defendant has been properly arraigned in this case. However, given the circumstances, it is the Government's position that the Court should hold a hearing wherein the Government will read aloud the Indictment with the assistance of a Slovak interpreter. The Government requests that the Indictment be provided in advance to the Slovak interpreter to facilitate the translation. The Government defers to the Court as to whether the interpreter needs to attend the hearing in person.

        Respectfully submitted,

        SAYLER A. FLEMING
        United States Attorney

        */s/ Kyle T. Bateman*
        KYLE T. BATEMAN, #996646DC
        Assistant United States Attorney
        111 S. 10th Street, Room 20.333
        St. Louis, Missouri  63102
        (314) 539-2200

## **CERTIFICATE OF SERVICE**

Copy of the foregoing was sent through the Court's electronic filing system this 5th day of March, 2024, to counsel of record.

Copy of the foregoing was sent via U.S. mail this 5th day of March, 2024 to the following:

Alan Bill
Ste. Genevieve County Jail
91603-510
5 Basler Drive
Ste. Genevieve, MO  63670

*/s/ Kyle T. Bateman*
KYLE T. BATEMAN, #996646DC
Assistant United States Attorney