UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  4:23 CR 714 RWS |
| ) | |
| ALAN BILL, ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

This matter is before me on Defendant Alan Bill's Motion to Revoke Detention Order.  For the reasons below it will be denied.

Defendant Bill, is a Slovakian national who was arrested when he entered the United States.  He is charged by Indictment with ten felony counts, including: one count of conspiracy to distribute controlled substances in violation of 21 U.S.C. § 846 (Count 1); four counts of distribution of a controlled substance in violation of 21 U.S.C. § 841(a)(1)(Counts 2, 3, 4, 5); one count of conspiracy to commit identity theft in violation of 18 U.S.C. §1028(f) (Count 6); one count of identity theft in violation of 18 U.S.C. § 1028(a)(7) and (1); one count of aggravated identity theft in violation of 18 U.S.C. § 1028A; one count of misuse of passport in violation of 18 U.S.C. § 1544; and one count of money laundering conspiracy in violation of 18 U.S.C. § 1956(h).  All of these charges relate to Bill's

alleged administration of a dark website that markets and sells illegal and/or stolen goods.  Based on these charges, there is a rebuttable presumption that the defendant should be detained pending trial.  See 18 U.S.C. § 3142(e)(3)(A).  In addition, the Department of Homeland Security has lodged an Immigration Detainer against Bill.

On January 26, 2024, United States Magistrate Judge Rodney H. Holmes held a detention hearing.  The United States and Bill filed post hearing briefs in support of their detention positions.  On February 5, 2024, Judge Holmes issued an order of detention.  Judge Holmes found that the United States proved "by clear and convincing evidence that no conditions or combination of conditions will assure [Bill's] appearance or the safety of the community and by a preponderance of the evidence will reasonably assure [Bill's] appearance as required."

On May 1, 2024, Judge Holmes issued an order denying Bill's motion for reconsideration of the pretrial detention order.  Judge Holmes noted, among other considerations, that Bill continues to be a flight risk.  On June 9, 2024, Bill filed an appeal of Judge Holmes detention order for my consideration.

I have conducted a *de novo* review of the record in this matter including the parties' briefs pertaining to detention.  I find that the United States has proven by clear and convincing evidence that no conditions or combination of conditions will assure Bill's appearance or the safety of the community.  As a result, I will deny

Bill's appeal of Judge Holmes' detention ordered (styled as "Defendant's Motion to Revoke Detention Order").

Accordingly,

**IT IS HEREBY ORDERED that** Defendant Alan Bill's Motion to Revoke Detention Order [107] is **DENIED**.

                                                RODNEY W. SIPPEL
                                                UNITED STATES DISTRICT JUDGE

Dated this 9th day of July, 2024.